# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6854-GW(MRWx) | Date | March 27, 2012 |
|---|---|---|---|
| Title | Board of the Trustees of the Sheet Metal Workers Pension Plan of Southern California, Arizona, Nevada, et al. v. West Coast Mechanical, Inc., et al. | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

None Present                                         None Present

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

It is the responsibility of plaintiffs to respond promptly to all Orders and to prosecute the action diligently, including pursuing Rule 55 remedies promptly upon entry of default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

The file in this case lacks the papers that would show it is being timely prosecuted. Default was entered by the Deputy Clerk as to defendant West Coast Mechanical, Inc., and as to defendant Robert Adam Winchell, on October 28, 2011. No application for default judgment was subsequently entered by plaintiffs. Accordingly, the Court, on its own motion, hereby orders plaintiffs to show cause in writing no later than April 16, 2012, why this action should not be dismissed as to all defendants for lack of prosecution.

As an alternative to a written response by plaintiff(s), the Court will accept the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently:

- Motion for default judgment in conformance with this Court's procedures, including application, memorandum of points and authorities, proposed order, and any requisite declarations, etc.

No oral argument of this matter will be heard unless ordered by the Court.

:

Initials of Preparer    JG